```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CARLOS HUMBERTO PIEDRA and                    :
CARLOS CASTILLO,                              :
                                              :
                        Plaintiffs,           :     No. 21 Civ. 8480 (MKV)
                                              :
        -against-                             :
                                              :
MIDTOWN PIZZA CORP. d/b/a LA VERA PIZZA,      :
MARINA PIZZA CORP. d/b/a LA VERA PIZZA, 20TH  :
STREET PIZZA CORP. d/b/a LUNETTA PIZZA,       :
PERFECTO PIZZERIA CORPORATION d/b/a           :     [PROPOSED] JUDGMENT
LUNETTA PIZZA, KHAIRALLAH MUHANNA, and        :
KHALIIL ABUALI,                               :
                                              :
                        Defendants.           :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2022

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Carlos Humberto Piedra and Carlos Castillo ("Plaintiffs") on August 25, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants Midtown Pizza Corp., Marina Pizza Corp., 20th Street Pizza Corp., Perfecto Pizzeria Corporation, Khairallah Muhanna, and Khalil Abuali, jointly and severally, in the amount of $16,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: New York, New York
       August 26, 2022

**SO ORDERED:**

_____
Hon. Mary Kay Vyskocil
United States District Judge